# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  Magistrate Case No. 17-9255

v.

**ORDER**

Cady S. Billiet

The financial ability of the defendant to retain counsel having been established by the Court. and the defendant not having waived the appointment of counsel.

IT IS on this 19th day of October, 2017

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

*[signature]*
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

FA